**Enrique Moreno SANCHES,
Plaintiff–Appellant**

v.

**UNITED STATES PROBATION OF-
FICE; Dick Leonard; G. Rudolph
Garza, Jr.; Armando Flores, Defen-
dants–Appellees.**

No. 08–40110
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 3, 2008.

Enrique Moreno Sanches, U.S. Peniten-
tiary Atlanta, Atlanta, GA, for Plaintiff–
Appellant.

Daniel David Hu, Assistant U.S. Attor-
ney, U.S. Attorney's Office, Southern Dis-
trict of Texas, Houston, TX, Defendants–
Appellees.

Before KING, DENNIS, and OWEN,
Circuit Judges.

PER CURIAM: *

Enrique Moreno Sanches, federal pris-
oner # 61759–079, appeals the district
court's denial of his FED.R.CIV.P. 60(b) mo-
tion to reopen, which was filed more than
11 years after the dismissal of his 42
U.S.C. § 1983 complaint. He argues that
the district court erred by construing his
motion as based on Rule 60(b)(1); instead,
Sanches argues that his motion was based

on Rule 60(b)(6), which he asserts does not
have a time limit.

We conclude that, because Sanches's
motion is untimely under either subsection,
the district court did not abuse its discre-
tion in denying the motion. A motion
based on Rule 60(b)(1) must be made not
more than one year after the entry of
judgment; a motion based on Rule 60(b)(6)
must be brought "within a reasonable
time." FED.R.CIV.P. 60(c)(1). It is undis-
puted that Sanches's motion was not filed
until more than 11 years after the district
court's dismissal of his § 1983 complaint;
therefore, it clearly was untimely under
subsection (b)(1). We also conclude that
Sanches has not shown that his motion was
filed within a reasonable time or that ex-
traordinary circumstances exist that would
warrant relief under Rule 60(b)(6). *See
Hess v. Cockrell,* 281 F.3d 212, 216 (5th
Cir.2002); *Edwards v. City of Houston,* 78
F.3d 983, 995 (5th Cir.1996) (en banc).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.